**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1412**

CHRISTOPHER EUBANKS,

             Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS; UNITED
STATES PROBATION OFFICE,

             Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:09-cv-00126-REM-DJJ)

Submitted:  December 16, 2010       Decided:  December 22, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Eubanks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Eubanks appeals the district court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915A(b) (2006) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Eubanks v. United States, No. 2:09-cv-00126-REM-DJJ (N.D. W. Va. Mar. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED